IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SPIDERHOUSE LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-277-RP |
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO POLICY NO. W22484200301, | § § § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Defendant's Motion to Dismiss, (Dkt. 4). (R. & R., Dkt. 13). The Court's Order dismissed with prejudice Plaintiff Spider House LLC's original complaint, (Dkt. 1).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on November 4, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE